IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00099-BNB

GEORGE W. WALKER,

     Plaintiff,

v.

ALL-WHITE COLO STATE BOARD OF EDUCATION,

     Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     This matter is before the Court on Plaintiff's Motion to Demand Withheld EEOC Documents (Doc. No. 6) filed on February 23, 2012.  The Court construes the *pro se* motion liberally as a request for discovery.  The Motion (Doc. No. 6) is **denied without prejudice** as premature, pending the Court's review of this action pursuant to D.C.COLO.LCivR 8.1C.

Dated:  February 27, 2012

---