IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00099-BNB

GEORGE W. WALKER,

    Plaintiff,

v.

ALL-WHITE COLO STATE BOARD OF EDUCATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Request for a Continuance Until the Justice Dep't Completes the Investigation (Doc. No. 11), filed March 29, 2012. Plaintiff's request for an extension of time to file his amended Title VII Complaint in compliance with the Court's February 2, 2012 Order and March 5, 2012 Minute Order is **denied.** Plaintiff shall submit his amended Title VII Complaint **on or before April 10, 2012 or his case will be dismissed without further notice.** It is

    FURTHER **ORDERED** that Plaintiff's "Motion to Place Colorado's All-White State Board of Ed. Under a Federal Ct. Order" (Doc. No. 12), filed March 30, 2012, is **denied**.

    Dated:  April 3, 2012